KARIN J. IMMERGUT, OSB #96314
United States Attorney
District of Oregon
KIRK A. ENGDALL, OSB # 81215
Assistant United States Attorney
701 High Street
Eugene, Oregon 97401
(541) 465-6771
kirk.engdall@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br>     **Plaintiff,** <br>    **v.** <br> **JOSEPH DIBEE, aka "Seattle",** <br> **CHELSEA DAWN GERLACH, aka** <br> **"Country Girl,"** <br> **KENDALL TANKERSLEY, aka "Sarah** <br> **Kendall Harvey", aka "Kendall,"** <br> **DANIEL GERARD McGOWAN,** <br> **aka "Sorrell" and "Jamie,"** <br> **STANISLAS GREGORY** <br> **MEYERHOFF, aka"Country Boy"** <br> **and "Jack,"** <br> **JOSEPHINE SUNSHINE** <br> **OVERAKER, aka "Maria,"** <br> **JONATHAN CHRISTOPHER** <br> **MARK PAUL, aka "J.P.,"** <br> **REBECCA RUBIN, aka "Kara,"** <br> **SUZANNE SAVOIE, aka "India,"** <br> **DARREN TODD THURSTON,** <br> **KEVIN TUBBS, aka "Bob" and** <br> **"Dog",** <br> **NATHAN FRASER BLOCK, aka** <br> **"Exile"** <br> **and "Hasan," and** <br> **JOYANNA L. ZACHER, aka "Sheba"** <br> **and "Sabina,"** <br>     **Defendants.** | **CR No. 06-60011-AA** <br><br> **PROTECTIVE ORDER** <br> **RESTRICTING COPYING AND** <br> **RELEASE OF DEFENDANTS'** <br> **STATEMENTS** |

**Page 1 -**   **Protective Order Restricting Copying and Release of**
       **Defendants' Statements**

THIS MATTER came before the Court on motion of the government for a protective order pursuant to Fed.R.Crim.P. 16(d), restricting copying, release, and access of reports containing statements of defendants who have pleaded guilty and are cooperating with the government.

Being fully advised, the Court hereby ORDERS, in the exercise of its discretionary and supervisory authority overseeing proper management of discovery in this case, and Fed.R.Crim.P. 16(d), and in order to ensure the safety and security of parties and witnesses, that no defendant, defense attorney or member of any defense team shall copy, reproduce, release or distribute in any way outside the individual defense team any report provided by the government that contains statements made by any defendant in this case who has entered a plea of guilty and agreed to cooperate with the government in the prosecution of the case; and

IT IS FURTHER ORDERED that defendants are prohibited from possessing any of these reports, but they may review them only under the direct supervision of their attorneys, or investigators employed by their attorneys, unless otherwise ordered by the Court;

IT IS FURTHER ORDERED that upon completion of this case, defense counsel will return all of these documents and reports to the government, unless otherwise ordered by the Court.

IT IS SO ORDERED this 26 day of July, 2006.

Thomas M. Coffin
United States Magistrate

**Page 2 -      Protective Order Restricting Copying and Release of
        Defendants' Statements**

PRESENTED BY:

KARIN J. IMMERGUT
United States Attorney
District of Oregon

for KIRK A. ENGDALL
Assistant United States Attorney

**Page 3 -    Protective Order Restricting Copying and Release of
            Defendants' Statements**