# United States District Court

0665-0530-1124-J

**District of Oregon**

UNITED STATES OF AMERICA

v.

**JOSEPH DIBEE**

**WARRANT FOR ARREST**

ORIGINAL

CASE NUMBER CR 06-60011-AA

FILED 20 AUG '18 15:39 USDC-ORE

To: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED TO ARREST **JOSEPH DIBEE** and bring him forthwith to the nearest magistrate to answer a(n)

**X** Second Superseding Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with

Arson - Conspiracy

in violation of Title __18__ United States Code, Section(s) 371, 844(f), 844(i), 844(n), 924(c)(1)(A)(i) & (B)(ii) & (C)(ii), 1366(a), and 2

Thomas M. Coffin
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

Eugene, Oregon 5-22-06
Date and Location

Bail fixed at $ detention

by __Thomas M. Coffin__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received 5/22/06 Date of Arrest 8/9/18 | Name and Title of Arresting Officer FBI | Signature of Arresting Officer |
|---|---|---|