Paul Hood, OSB 132271
PO Box 66876
Portland, OR  97290
Telephone: 541-513-7545
paul@paulhoodlaw.com

Attorney for Defendant Joseph Dibee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  6:06-cr-60011-AA-1 |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **MOTION TO CONTINUE TRIAL** |
| v. | ) | **WITH DECLARATION OF** |
|  | ) | **COUNSEL AND REQUEST FOR** |
| JOSEPH DIBEE, | ) | **FINDING OF EXCLUDABLE DELAY** |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

Joseph Dibee, through undersigned defense counsel, Paul Hood, respectfully moves the Court for an Order continuing the current trial date of October 16, 2018 for a period of approximately 90 days to a date that is suitable to the Court and parties.  The Government does not oppose this continuance request.  Mr. Dibee is in custody but supports this motion.  Mr. Dibee also requests a finding of excludable delay pursuant to 18 U.S.C. §3161(h)(7) for the period of this continuance.  This continuance request is supported by the following declaration of counsel:

///

///

## DECLARATION

I, Paul Hood, declare under penalty of perjury that the following is true to the best of my knowledge and belief:

1. Joseph Dibee was arraigned on August 10, 2018.  He is presently in custody.

2. I am the attorney for Mr. Dibee, having been appointed on August 10, 2018, pursuant to 18 U.S.C. § 3006A(b).

3. This is the first continuance request by Mr. Dibee.

4. This request is made to permit time for discovery review, defense investigation, and case negotiations.

5. I have conferred with Assistant United States Attorney Geoffrey Barrow regarding delaying the trial.  The Government does not oppose this motion.

6. I have conferred with my client regarding his right to a speedy trial and this motion to continue the trial date.

7. Mr. Dibee supports this continuance request and the request for a finding of excludable delay.

DATED this 10th day of October 2018.      Respectfully submitted,

/s/ Paul Hood
PAUL HOOD, OSB No. 132271
Attorney for Joseph Dibee