Bryan Francesconi, Bar No. 063285
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon  97204
503-326-2123 Telephone
503-326-5524 Facsimile
Bryan_francesconi@fd.org

Attorney for Petitioner

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:06-cr-60011-AA-1 |
| Plaintiff, | |
| v. | NOTICE OF WITHDRAWAL |
| JOSEPH DIBEE, | |
| Defendant. | |

Assistant Federal Public Defender Bryan Francesconi hereby gives notice that he is no longer counsel in the above-captioned matter as to defendant Joseph Dibee.  CJA Panel Attorney Paul A. Hood was appointed by the Court on August 10, 2018 and continues to represent Mr. Dibee.

Please terminate me as counsel on the docket and remove me from further notices in this matter.

Respectfully submitted on October 8, 2019.

                                                                     */s/ Bryan Francesconi*
                                                                    Bryan Francesconi
                                                                    Assistant Federal Public Defender