Paul Hood, OSB 132271
PO Box 66876
Portland, OR 97290
Telephone: 541-513-7545
paul@paulhoodlaw.com

Attorney for Defendant Joseph Dibee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 6:06-cr-60011-AA-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION FOR RELEASE FROM** |
| v. | ) | **CUSTODY** |
| | ) | |
| JOSEPH DIBEE, | ) | *Oral Argument Requested* |
| | ) | |
| Defendant. | ) | |
| | ) | |

Joseph Dibee, through undersigned defense counsel, Paul Hood, respectfully moves the Court for an Order releasing the Defendant from pretrial detention pursuant to 18 U.S.C. § 3142. The Government opposes this motion. The motion is supported by a separately filed memorandum. A motion for permission to file that supporting memorandum under seal will also be filed.

DATED this 4th day of December 2019.    Respectfully submitted,

/s/ Paul Hood
PAUL HOOD, OSB No. 132271
Attorney for Joseph Dibee