Paul Hood, OSB 132271
PO Box 66876
Portland, OR 97290
Telephone: 541-513-7545
paul@paulhoodlaw.com

Attorney for Defendant Joseph Dibee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 6:06-cr-60011-AA-1 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MOTION FOR LEAVE TO FILE UNDER SEAL THE MEMORANDUM IN SUPPORT OF MOTION FOR RELEASE FROM CUSTODY** |
| JOSEPH DIBEE, | ) | |
| Defendant. | ) | |

Joseph Dibee, through undersigned defense counsel, Paul Hood, respectfully moves the Court for an Order permitting the Defendant to file under seal his Memorandum in Support of Motion for Release from Custody. The memorandum includes confidential and personal information. Undersigned counsel has discussed this motion with Assistant United States Attorney Geoffrey Barrow. Mr. Barrow does not object at this time but reserves the Government's right to object and request that the memorandum be unsealed at a later date.

DATED this 4th day of December 2019.    Respectfully submitted,

/s/ Paul Hood
PAUL HOOD, OSB No. 132271
Attorney for Joseph Dibee