BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**GEOFFREY A. BARROW**
Assistant United States Attorney
Geoffrey.Barrow@usdoj.gov
**KELLY A. ZUSMAN, OSB #891843**
Assistant United States Attorney
Kelly.Zusman@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:06-cr-60011-AA-01 |
| v. | FRAP 9(a) APPEAL |
| **JOSEPH DIBEE,** | NOTICE OF APPEAL |
| Defendant. | |

The United States of America hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Setting Conditions of Release (ECF No. 271) filed and entered on December 13, 2019.

Dated: December 16, 2019

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Kelly A. Zusman*
**KELLY A. ZUSMAN, OSB #891843**
Assistant United States Attorney