IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:06-cr-60011-AA |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| JOSEPH DIBEE, | |
| Defendant, | |

AIKEN, District Judge:

The Ninth Circuit Court of Appeals has issued an order and mandate (docs. 274 and 275) vacating this Court's previous order (doc. 271) which released defendant with conditions pending trial. The Ninth Circuit also ordered that this Court "shall order [defendant] detained while it reconsiders [defendant's] motion for release." Doc. 274 at 2. Accordingly, defendant is ordered detained pursuant to 18 U.S.C. § 3142(i) and the previous findings made by Magistrate Judge John Acosta. (doc. 245).

IT IS SO ORDERED.

Dated this 18th day of December 2019.

*Ann Aiken*

Ann Aiken
United States District Judge