Paul Hood, OSB 132271
PO Box 66876
Portland, OR  97290
Telephone: 541-513-7545
paul@paulhoodlaw.com

Attorney for Defendant Joseph Dibee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| UNITED STATES OF AMERICA, | ) | NO.  6:06-cr-60011-AA-1 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **WAIVER OF PERSONAL APPEARANCE FOR JANUARY 13 STATUS CONFERENCE** |
| v. | ) | |
| JOSEPH DIBEE, | ) | |
| Defendant. | ) | |

    Joseph Dibee, through undersigned defense counsel, Paul Hood, waives his right to be present for the January 13, 2020 status conference.

    Mr. Dibee is in custody.  Undersigned counsel has informed Mr. Dibee of his right to appear in person for court proceedings.  Mr. Dibee wishes to waive his right to personal appearance at the upcoming status conference and appear by counsel.

DATED this 6th day of January 2020.    Respectfully submitted,

    /s/ Paul Hood
    PAUL HOOD, OSB No. 132271
    Attorney for Defendant