Paul Hood, OSB 132271
PO Box 66876
Portland, OR  97290
Telephone: 541-513-7545
paul@paulhoodlaw.com

Attorney for Defendant Joseph Dibee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  6:06-cr-60011-AA-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO CONTINUE TRIAL** |
| v. | ) | **AND REQUEST FOR FINDING OF** |
| | ) | **EXCLUDABLE DELAY** |
| JOSEPH DIBEE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Joseph Dibee, through undersigned defense counsel, Paul Hood, respectfully moves the Court for an Order continuing the current trial date of January 14, 2020 to a date certain that is suitable to the Court and parties.  The Government does not oppose this continuance request. Mr. Dibee is in custody but fully supports this motion.  Mr. Dibee also requests a finding of excludable delay pursuant to 18 U.S.C. §3161(h)(7) for the period of this continuance.  This motion is supported by a separately filed declaration of counsel.

DATED this 13th day of January 2020.    Respectfully submitted,

/s/ Paul Hood  
PAUL HOOD, OSB No. 132271
Attorney for Joseph Dibee