BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**GEOFFREY A. BARROW**
Assistant United States Attorney
Geoffrey.Barrow@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:06-cr-60011-AA-1 |
| v. | **MOTION FOR LEAVE TO FILE GOVERNMENT'S STATUS REPORT UNDER SEAL** |
| JOSEPH DIBEE, | |
| **Defendant.** | |

The United States of America moves the Court for leave to file its status report under

seal.  The report contains medical information that is not appropriate for public release.

/ / /

/ / /

/ / /

/ / /

/ / /

**Motion for Leave to File Status Report Under Seal**                                       **Page 1**

The undersigned certifies that he has attempted to confer with counsel for defendant, but has not been able to reach him.

Dated: February 5, 2020                           Respectfully submitted,

                                                  BILLY J. WILLIAMS
                                                  United States Attorney


                                                  s/ *Geoffrey A. Barrow*
                                                  GEOFFREY A. BARROW
                                                  Assistant United States Attorney