# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:06-cr-60011-AA-1** |
| v. | **ORDER TO SEAL GOVERNMENT'S STATUS REPORT** |
| **JOSEPH DIBEE,** | |
| **Defendant.** | |

Based upon the motion of the government,

IT IS HEREBY ORDERED that the government's status report be filed under seal and be SEALED until further order of the Court.

Dated: February 5ᵗʰ, 2020

_____
ANN AIKEN
United States District Judge

Presented by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

*s/ Geoffrey A. Barrow*
GEOFFREY A. BARROW
Assistant United States Attorney

**Order to Seal Status Report**