IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH DIBEE,<br><br>    Defendant, | Case No. 6:06-cr-60011<br>**ORDER** |

AIKEN, District Judge:

    This Court held a status conference in this matter on February 24, 2020. At that hearing, defendant requested an order from this Court which would allow him to review discovery through an electronic medium while in custody at Multnomah County Inverness Jail.

    The Court ORDERS that defendant be given access to a computer or audio playback device, which complies with the protocols of Inverness, and that he be allowed to review discovery materials in this case on that device. Defendant shall

Page 1 – ORDER

also have access to headphones to review this discovery. The type of headphones used shall comply with the protocols of Inverness. Jail authorities shall work with defendant's counsel to fulfill this order.

If defendant is not allowed to review discovery in the manner described above at Inverness, the U.S. Marshal shall work with defense counsel and transport defendant to the Mark O. Hatfield Courthouse from Inverness to perform discovery review in the manner described above until such review is completed.

IT IS SO ORDERED.

Dated this 24 day of February 2020.

_____
Ann Aiken
United States District Judge