BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**GEOFFREY A. BARROW**
Assistant United States Attorney
Geoffrey.Barrow@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 6:06-cr-60011-AA-1 |
| v. | **MOTION FOR LEAVE TO FILE JOINT STATUS REPORT UNDER SEAL** |
| **JOSEPH DIBEE,** | |
| **Defendant.** | |

The United States of America moves the Court for leave to file the parties' joint status report under seal. The report contains medical information that is not appropriate for public release.

/ / /

/ / /

/ / /

/ / /

      The undersigned certifies that he conferred with counsel for defendant, Paul Hood, and that Mr. Hood concurs with this motion to seal.

Dated: March 6, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

<u>s/ *Geoffrey A. Barrow*</u>
GEOFFREY A. BARROW
Assistant United States Attorney