UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:06-cr-60011-AA-1 |
| v. | ORDER TO SEAL JOINT STATUS REPORT |
| JOSEPH DIBEE, | |
| Defendant. | |

Based upon the motion of the government,

IT IS HEREBY ORDERED that the parties' joint status report be filed under seal and be SEALED until further order of the Court.

Dated: March 6, 2020

                                               s/Ann L. Aiken
                                               ANN L. AIKEN
                                               United States District Judge

Presented by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

*s/ Geoffrey A. Barrow*
GEOFFREY A. BARROW
Assistant United States Attorney

**Order to Seal Status Report**
                                                      **Page 1**
Revised Aug. 2019