Paul Hood, OSB 132271
PO Box 66876
Portland, OR 97290
Telephone: 541-513-7545
paul@paulhoodlaw.com

Attorney for Defendant Joseph Dibee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 6:06-cr-60011-AA-1 |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | **MOTION TO RECONSIDER PRETRIAL RELEASE** |
| JOSEPH DIBEE, | ) ) | *Telephonic Oral Argument Requested* |
| Defendant. | ) ) ) | |

Joseph Dibee, through undersigned defense counsel, Paul Hood, respectfully moves the Court to reconsider Defendant's Motion for Release from Custody, ECF 264, and issue an Order releasing the Defendant from pretrial detention pursuant to 18 U.S.C. § 3142 and the Eighth Amendment to the Constitution of the United States. The Government opposes this motion. The motion is supported by a separately filed memorandum.

DATED this 25th day of March 2020.    Respectfully submitted,

/s/ Paul Hood
PAUL HOOD, OSB No. 132271
Attorney for Joseph Dibee