Case 6:06-cr-60011-AA-1

Sentences Organized by Number of Counts Alleged Against each Defendant

| Number of Counts | Defendant | Sentence in Months |
|---|---|---|
| 2 | Darren Thurston | 37 |
| 3 | Jonathan Paul | 51 |
| 4 | Kendall Tankersley | 41 |
| 4 | Rebecca Rubin | 60 |
| 17 | Suzanne Savoie | 51 |
| 18 | Daniel McGowan | 84 |
| 20 | Chelsea Gerlach | 108 |
| 51 | Nathan Block | 92 |
| 51 | Joyanna Zacher | 92 |
| 58 | Stanislas Meyerhoff | 156 |
| 59 | Kevin Tubbs | 151 |