| | |
|---|---|
| Reference | 19-98288011-0611-PH-1 |
| Duration | 15:43 |
| Source Language | Arabic |
| Translator | Mohamed Bennani |

## Participants:

| | |
|---|---|
| Joseph Dibee: | Joseph |
| Unidentified Female 1: | UF1 |
| Michael: | Michael |
| Operator | Operator |

## Notes:

| | |
|---|---|
| Text spoken in English | underlined |
| Translator's notes | [In Brackets] |
| Unintelligible | [UI] |
| Uncertain spelling | [sp?] |
| Interrupted conversation | // |

| | |
|---|---|
| Operator: | [Ringing]. You have a prepaid call. You will not be charged for this call. This call is from// |
| Joseph: | Joseph Dibee. |
| Operator: | An inmate at a federal prison. This call is being recorded and is subject to monitoring. Hang up to decline the call or to accept dial 5 now//[Dial tone]. |
| UF1: | Hello. |
| Joseph: | Hello. |
| UF1: | Hey, Joseph. |
| Joseph: | Listen, listen. |
| UF1: | Can you hold on for a minute? I am in the car and I am trying to park. |
| Joseph: | Okay. |
| UF1: | Okay. |
| Joseph: | Listen, listen to me, listen to me in Arabic, and do not say anything in English. |
| UF1: | Okay. |
| Joseph: | There is a man, they accused me that I let someone use my phone. If something happened, I don't know. It is possible they might prohibit me from using the phone for 3 months. |
| UF1: | Oh! |
| Joseph: | And the woman who accused me, she is playing with my mails. |
| UF1: | Wow! |

Produced Pursuant to Protective Order

DIBEE_0000089

| Joseph: | I want you to sue her personally, not the FCI, but for her only, I want to destroy her house, I want to ruin her life, you understand what I mean? |
|---|---|
| UF1: | Yeah, I got you. |
| Joseph: | Yes, talk to Michael Rose and tell him what is going on. |
| UF1: | Okay. |
| Joseph: | They don't understand unless you are violent with them so I want to let them understand. I want to sue them and let them pay me 4 million dollar and then we will see where the things are going to work. |
| UF1: | Okay, I got you. |
| Joseph: | Yes, and let my wife know, they might prohibit me from using the phone and the email. I don't know, we will see, but as all the people said, they are going to prohibit me from using the phone for 3 months, if they find me guilty in this case. That's the thing, what we can do? I don't expect they can stop me from calling the lawyer. |
| UF1: | No, they can't do so, that is not allowed. |
| Joseph: | Yes, of course it is not allowed. Yes. But the problem is a problem, Josh doesn't pick up and he is out of town. |
| UF1: | Yeah. |
| Joseph: | I think if I found a lawyer, if I sue them, this lawyer can add his number over the phone, on my legal list. |
| UF1: | Yes. Okay, that is right. |
| Joseph: | Yeah, and tell Jeff the same, not Jeff your husband, the other Jeff. |
| UF1: | Yes. Yes, I got it. |
| Joseph: | Yes, you know that he has a new lawyer, not an old one, but maybe he can do studies on my problem, and he can also add his number on my legal phone list. |
| UF1: | Yes, okay, it is alright. |
| Joseph: | Yeah, and every day same as the other day, but today is a better harder. |
| UF1: | When this is going to happen if it happened? |
| Joseph: | We don't know now, now the charges started, they want to do a court and such things. |
| UF1: | [Coughs]. |
| Joseph: | I don't know if the lawyer can be with me at the court, or not. If they can do whatever they want, without court, and the lawyer might know. |
| UF1: | Yes. Okay. This is a problem. |
| Joseph: | We always have problem, where you think I am staying? In Hilton? |
| UF1: | Yes. |
| Joseph: | Okay, if I couldn't call Michael, I am going to contact Paul or no? |

Produced Pursuant to Protective Order

DIBEE_0000090

| UF1: | No need. There is no need for that. He is not going to do anything and he is sitting on his ass. |
|---|---|
| Joseph: | Yes, and I am going to kick him at the beginning of the month, but when I go to Russia I am going to kick him. |
| UF1: | Yeah. |
| Joseph: | But I don't know, we will see, I might ask for another lawyer, or 2 or 3 or 4 lawyers. I don't know how many lawyers we might need, if I find a good lawyer at the beginning of the month, I am going to ask for one, and of course I will find a lawyer. |
| UF1: | Okay. So I will call him, today I can't call him, I will call him soon. |
| Joseph: | Yes, okay. |
| UF1: | Because he has, I don't know what he might do, we will see. |
| Joseph: | Yes. |
| UF1: | He will talk to a woman he works her, we will see, Sami is waiting for him. |
| Joseph: | What? |
| UF1: | Sami is waiting him to call, but I didn't hear anything so I am going to call him. |
| Joseph: | Yes, all the lawyers are like that. Hello. |
| UF1: | Yes. |
| Joseph: | I thought they cut off the phone. They didn't cut it yet. |
| UF1: | Yes. |
| Joseph: | Yes. We will see, we will see. |
| UF1: | Okay. Who is this? Hold on, Meesh, can you text Jeff, and tell her if daddy is taking a nap, and text daddy because obviously I forgot to do that. |
| Joseph: | Anyway. See, I will get you her number, and if you found a lawyer, and if he accepted to take her name, right away I want them to sue her. She is the reason for all the mail problems, when they distribute the mail, it is not about, this is a crime, it is not a civil penalty, this is a crime, I want her to get arrested. |
| UF1: | Yes. That is right, because she is not allowed to do so. |
| Joseph: | Federal, federal. |
| UF1: | Yes. |
| Joseph: | Yes, if I do it outside, they are going to arrest me for that. |
| UF1: | Yes. |
| Joseph: | The law students and the supreme court said that this is a crime and it is prohibited. |
| UF1: | Yes. |
| Joseph: | And let them find a charge, they said that I went to Pakistan. They didn't leave anything without accusing it with it. Let them do so with her, fuck them all. |

Exhibit A
Page 3 of 7

Produced Pursuant to Protective Order

DIBEE_0000091

| UF1: | Now, is she with all of the prisoners or just with you? |
|---|---|
| Joseph: | No, just with me, personally with me. |
| UF1: | What is the story? |
| Joseph: | What? |
| UF1: | What is the story? |
| Joseph: | I don't know what is wrong with her. She is a bitch. |
| UF1: | Yes. |
| Joseph: | It seems she is Mexican or I don't know. |
| UF1: | Uh huh. Okay, I will call him and ask him. |
| Joseph: | Okay, thank you. |
| UF1: | Yes, don't worry. |
| Joseph: | Yes, fuck them those bitches. |
| UF1: | Do you want to talk to Michael? |
| Joseph: | Yes, let me talk to him. |
| Michael: | Hey, uncle. How are you? |

Produced Pursuant to Protective Order

DIBEE_0000092



Exhibit A
Page 5 of 7

Produced Pursuant to Protective Order

DIBEE_0000093



Exhibit A
Page 6 of 7

Produced Pursuant to Protective Order

DIBEE_0000094

[End of Call]

Exhibit A
Page 7 of 7

Produced Pursuant to Protective Order

DIBEE_0000095