IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 6:06-cr-60011-AA-1 |
| Plaintiff, | **ORDER GRANTING APPOINTMENT OF COUNSEL PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT, 18 U.S.C. § 3006A** |
| v. | |
| **JOSEPH DIBEE,** | |
| Defendant. | |

IT IS ORDERED that CJA Panel attorney Matthew Schindler is appointed pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, as co-counsel for Joseph Dibee, effective June 12, 2020.

DATED this 16th day of June, 2020.

/s/Ann Aiken
Honorable Ann Aiken
United States District Court Judge

Presented by:

Lisa C. Hay
Federal Public Defender