MATTHEW SCHINDLER, OSB# 964190
501 Fourth Street #324
Lake Oswego, OR 97034
Phone: (503) 699-7333
E-mail: mas@schindlerdefends.com

ATTORNEY FOR DEFENDANT JOSEPH DIBEE

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JOSEPH DIBEE,<br>Defendant(s). | Case No. 6:06-cr-60011-AA-1<br><br>WAIVER OF APPEARANCE AT STATUS CONFERENCE |

Joseph Dibee, through counsel, does waive his right to appear at the status conference set for October 8, 2020.

Respectfully submitted on October 2, 2020.

*s/Matthew Schindler*
Matthew A. Schindler, OSB#964190
Attorney for Joseph Dibee

Page 1 – DECLARATION OF MATTHEW SCHINDLER IN SUPPORT OF EX PARTE MOTION FOR INDIGENT EXPENSE (INVESTIGATION)