IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:06CR60011 AA 1 |
| v. | |
| Joseph Dibee | MODIFICATION TO RELEASE ORDER |

**IT IS ORDERED THAT the following condition is added to the defendant's Pretrial Release conditions as requested by the Government:**

- **Upon release, the defendant shall contact the following districts and shall appear for all scheduled court dates in the following cases:**

    2:06CR00155 GEB  Eastern District of California
    2:05CR05828 RBL  Western District of Washington

**IT IS SO ORDERED THIS**  __12th__  **day of**  __January__ **, 2021.**

                                                                 _____/s/Ann Aiken_____
                                                                         The Honorable Ann Aiken
                                                                         Senior U.S. District Judge

**Submitted by U.S. Pretrial Services**