SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**JOSEPH H. HUYNH**
Assistant United States Attorney
Joseph.Huynh@usdoj.gov
405 E 8th Avenue, Suite 2400
Eugene, OR  97201
Telephone:  (541) 465-6771
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 6:06-cr-60011-AA |
| v. | **NOTICE OF APPEARANCE** |
| **JOSEPH DIBEE, ET AL.,** | |
| **Defendants.** | |

Please take notice that Assistant United States Attorney Joseph H. Huynh is appearing in the above captioned case as counsel on behalf of the government.  Service of pleadings in this case should be sent to AUSA Huynh at Joseph.Huynh@usdoj.gov.

Dated:  March 8, 2021

                                                Respectfully submitted,

                                                SCOTT ERIK ASPHAUG
                                                Acting United States Attorney

                                                */s/ Joseph H. Huynh*
                                                JOSEPH H. HUYNH
                                                Assistant United States Attorney