MATTHEW SCHINDLER, OSB# 964190
501 Fourth Street #324
Lake Oswego, OR 97034
Phone: (503) 699-7333
E-mail: mas@schindlerdefends.com

ATTORNEY FOR DEFENDANT JOSEPH DIBEE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JOSEPH DIBEE,<br><br>Defendant(s). | Case No. 6:06-cr-60011-AA-1<br><br>**UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |

Joseph Dibee, through counsel, Matthew Schindler, moves the Court to continue the trial date from March 16, 2021 for approximately 90 days. This motion is made based on the need for time to complete reviewing discovery, investigate the case, conduct research, litigate motions, and consult with Mr. Dibee.

It is further supported by the linked Declaration of Matthew Schindler.

Mr. Dibee requests the court find that this continuance constitutes excludable delay pursuant to Title l8 §§ 3161(h)(7)(A) and (B). The ends of justice served by granting this motion outweigh the best interests of the public and Mr. Dibee in a speedy trial because the additional time is necessary to afford defense counsel

sufficient time to review discovery, investigate the case, conduct research, consult with Mr. Dibee, and prepare his case for trial

The government has no objection to this request.

Respectfully submitted on March 8, 2021.

*s/Matthew Schindler*
Matthew A. Schindler, OSB#964190
Attorney for Joseph Dibee