MATTHEW SCHINDLER, OSB# 964190
501 Fourth Street #324
Lake Oswego, OR 97034
Phone: (503) 699-7333
E-mail: mas@schindlerdefends.com

ATTORNEY FOR DEFENDANT JOSEPH DIBEE

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> vs. <br><br> JOSEPH DIBEE, <br><br> Defendant(s). | Case No. 6:06-cr-60011-AA-1 <br><br> **MOTION TO CONTINUE STATUS CONFERENCE** |

Joseph Dibee, through counsel, Matthew Schindler, moves the Court to continue the status conference from March 10, 2020 at 9:30 am for approximately 30 days. The government and defense are continuing to work through discovery issues on the case. There is nothing emergent that requires the court's attention so Mr. Dibee requests the status conference be continued for 30 days.

Respectfully submitted on March 8, 2021.

*s/Matthew Schindler*
Matthew A. Schindler, OSB#964190
Attorney for Joseph Dibee

Page 1 –MOTION TO CONTINUE STATUS CONFERENCE