SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**JOSEPH H. HUYNH**
Assistant United States Attorney
Joseph.Huynh@usdoj.gov
405 E 8th Avenue, Suite 2400
Eugene, OR  97401
Telephone:  (541) 465-6771
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 6:06-cr-60011-AA |
| v. | **NOTICE OF REASSIGNMENT OF ASSISTANT UNITED STATES ATTORNEY** |
| **JOSEPH DIBEE, ET AL.,** | |
| **Defendants.** | |

Please be advised that the above captioned case has been reassigned from Assistant United States Attorney Geoffrey A. Barrow to Assistant United States Attorney Joseph H. Huynh, Joseph.Huynh@usdoj.gov.

Dated: March 22, 2021

                                                      Respectfully submitted,

                                                      SCOTT ERIK ASPHAUG
                                                      Acting United States Attorney

                                                      */s/ Joseph H. Huynh*
                                                      JOSEPH H. HUYNH
                                                      Assistant United States Attorney