IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  **6:06CR60011-AA-1** |
| v. | |
| Joseph Dibee | MODIFICATION OF RELEASE CONDITIONS |

IT IS ORDERED THAT that the defendant's pretrial release conditions, specifically his location monitoring restrictions are modified. The defendant remains on GPS Monitoring, but he is subject to a Curfew as directed by U.S. Pretrial Services, rather than the previously ordered Home Detention restriction.

All other previously ordered conditions of release remain in effect.

IT IS SO ORDERED THIS ___12th___ day of __April___, 2021.

/s/Ann Aiken
The Honorable Ann Aiken
U.S. District Judge

Submitted by U.S. Pretrial Services