SCOTT ERIK ASPHAUG, OSB #833674
United States Attorney
District of Oregon
**SCOTT E. BRADFORD, OSB #062824**
Scott.Bradford@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:06-cr-60011-AA-001** |
| **v.** | **NOTICE OF WITHDRAWAL OF ASSISTANT UNITED STATES ATTORNEY** |
| **JOSEPH DIBEE, et al.,** | |
| **Defendants.** | |

Please be advised that Assistant United States Attorney Scott E. Bradford withdraws as attorney of record in the above-entitled case.

Dated: April 20, 2022

Respectfully submitted,

SCOTT ERIK ASPHAUG
United States Attorney

*/s/ Quinn P. Harrington for*
SCOTT E. BRADFORD, OSB #062824
Assistant United States Attorney

**Notice of Withdrawal of Assistant United States Attorney**     **Page 1**