UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 6:06-cr-60011-AA |
| v. | DECLARATION OF SPECIAL AGENT TIMOTHY SUTTLES |
| **JOSEPH DIBEE,** | |
| **Defendant.** | |

I, Timothy Suttles, declare the following:

1. I am a Special Agent with the FBI and have been employed in that position since January 28, 2001.

2. I have been the main Case Agent on the investigation into Joseph Dibee since April 2006.

3. To the best of my knowledge, there were no warrantless interceptions of Joseph Dibee or his co-conspirators in this investigation. There were recorded phone calls from undercover calls that I understand were already produced in discovery.

4. I was at the Havana Airport to retrieve Joseph Dibee. There were no videos taken by the United States Government. I do remember that there were Cuban Nationals with video cameras. The FBI does not have access to the Cuban recordings.

5. Other than claims made by Mr. Dibee, I am unaware of any mistreatment suffered by Mr. Dibee while in custody in Cuba. Mr. Dibee was evaluated by an FBI SWAT medic at the

**Declaration of Special Agent Timothy Suttles**                                                         Page 1

airport to ensure he was able to fly safely and to determine whether Mr. Dibee experienced any mistreatment while in custody. I understand that the results of that exam were already produced in discovery.

6. There were no monies paid by the United States Government to Cuba related to Joseph Dibee. There was a reward of $50,000 for information leading to the arrest of Joseph Dibee. No reward money has been paid regarding Joseph Dibee's arrest.

7. To the best of my knowledge, no United States employees were at the airport in San Salvadore, El Salvador regarding Joseph Dibee's identification as a Wanted person.

8. To my knowledge, Mr. Dibee was never on the FBI Ten Most Wanted List. I do recall that he did appear at one time on the FBI Most Wanted in the Terrorist section. The last remaining fugitive in this case, Josephine Sunshine Overaker, appears on the FBI website at https://www.fbi.gov/wanted/dt.

I declare under penalty of perjury that the above is true to the best of my knowledge.

Dated: July 14, 2022

Timothy Suttles
Special Agent, FBI