Chloe A. Lucero
c|o Dan DeNorch
16055 SW Walker Rd. #165
Beaverton, Oregon 97006

FILED 25 JUL '22 10:50 USDC-ORE

Amicus Curiae for Defendant Joseph Dibee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 6:06-cr-60011-AA-1 |
|---|---|---|
| Plaintiff, | ) ) ) | **Amicus Curiae for Joseph Dibee** |
| v. | ) ) | |
| JOSEPH DIBEE, | ) ) | |
| Defendant. | ) ) | |

Joseph Dibee, is a Hero. He should not spend one day in jail. The United States needs more people like him.

Dated this 21ˢᵗ day of July 2022

*Chloe A. Lucero*

Lucero v. United States, No.: 2:21-cv-000683-RAJ, 2021.
International Criminal Court Complaint No.: OTP-CR-473/19.

///

///

///

Case 6:06-cr-60011-AA-1
Amicus Curiae for Joseph Dibee



PROTECTED WHEN COMPLETED · PROTÉGÉ UNE FOIS REMPLI - B

Immigration, Refugees and Citizenship Canada / Immigration, Réfugiés et Citoyenneté Canada

CANADA

DD226 058 361

D300437385

## REFUGEE PROTECTION CLAIMANT DOCUMENT

THIS IS TO CERTIFY THAT THE PERSON HEREIN IS A REFUGEE PROTECTION CLAIMANT WITHIN THE MEANING OF THE *IMMIGRATION AND REFUGEE PROTECTION ACT*

Application No: L010219057

UCI: 57358829

### CLIENT INFORMATION

**Family Name:** LUCERO
**Given Name(s):** ~~CHLOE ANNELIESE~~ ᴺᴼᴸᴰ CHLOE ANNELIESE
**Date of Birth:** 1982/11/02 (yyyy/mm/dd)
**Sex:** FEMALE
**Country of Birth:** UNITED STATES OF AMERICA
**Country of Citizenship:** UNITED STATES OF AMERICA
**Date Issued:** 2020/09/24 (yyyy/mm/dd)
**Expiry Date:** 2024/09/24 (yyyy/mm/dd)

### ADDITIONAL INFORMATION

Pursuant to Subsection 100(1) of the *Immigration and Refugee Protection Act*, this refugee protection claim has been determined to be eligible for a decision by the Refugee Protection Division. Consequently, pursuant to subsection 100(3), the refugee Protection Claim is referred to the Refugee Protection Division of the Immigration Refugee Board.

As of 2020/09/24 the above-named individual is eligible for coverage of health-care costs under the Interim Federal Health Program (IFHP). This coverage can be cancelled without notice if the individual's immigration status changes. Therefore, health-care providers **must** verify the eligibility of the individual with the IFHP administrator **before** providing services.
I, the undersigned:
- declare that I require coverage under the IFHP. I will notify IRCC immediately of any changes to my immigration status, or if I become eligible for or receive other health insurance;
- understand that my medical and personal information will be shared with IRCC, IFHP claims administration and other appropriate third-parties for the administration of the IFHP and that my personal information may be shared with other government institutions and other third-parties in accordance with the *Privacy Act* and the *Department of Citizenship and Immigration Act*.

School age children do not need student authorization to attend primary or secondary schools.

2 4 SE 2020

N/A
Name, relationship and signature of accompanying adult (if applicable)

Signature of person concerned

13648
Money in possession

16080
Minister

***NOT VALID FOR TRAVEL***