MATTHEW SCHINDLER, OSB# 964190
1500 SW 11th Ave Unit 2101
Portland, OR 97201
Phone: (503) 699-7333
E-mail: mas@schindlerdefends.com

ATTORNEY FOR DEFENDANT JOSEPH DIBEE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br><br>vs.<br><br><br>JOSEPH DIBEE,<br>Defendant(s). | Case No. 6:22-cr-00134-AA-1<br><br>**DECLARATION OF JOSEPH DIBEE IN SUPPORT OF MOTION TO COMPEL DISCOVERY** |

I, Joseph Dibee, do swear under penalty of perjury that the following is true and correct:

1. I have had an opportunity to review FBI Agent Suttles' affidavit dated July 14, 2022. ECF 455-1.

2. On August 9, 2018, I was taken to the Havana airport by the authoritarian government of Cuba. There I was held in a nonpublic terminal.

3. Throughout this time, the Cubans were videotaping me with an old-style VCR camera.

4. After about 45 min, three Americans arrived: Agent Suttles, and two tall muscular men in their early to mid-30's with tattoos on their arms. Based on their demeanor

and tattoos, the two men appeared to be military or former military. One of these men was videotaping the rendition using a small silver Sony digital camera from the moment that he entered the terminal area.

5. The hand over process took approximately 30 minutes with both sides signing and exchanging documents.

6. During this entire time both the Americans and Cuban were videotaping. On numerous occasions, I witnessed Agent Suttles intentionally step out of the frame while the other American taped the proceedings or panned across the room.

7. After the documents were exchanged, I was led to the tarmac by the Cubans and formally handed over to the Americans.

8. One of the "medics" remarked prior to getting on the plane "we can do this the easy way or the hard way" implying more torture or drugs would be used if I resisted.

9. Upon entering the plane, I was photographed and then shackled to a seat.

10. Present on the plane were Agent Suttles, two rendition agents, and a short, squat woman with short gray hair in her late 50's or early 60's. There was a pilot and likely a co-pilot.

11. The woman did not come into the airport. She was not involved in piloting the airplane, but she seemed to know Suttles.

12. The plane flew me at Mach .87 directly to the Portland Airport

Respectfully submitted under penalty of perjury on September 8, 2022.

_s/Joseph Dibee_
Joseph Dibee