MATTHEW SCHINDLER, OSB# 964190
314 Encino Lane Unit A
San Clemente, CA 92672
Phone: (503) 928-2548
FAX: (503) 345-9372
E-mail: mas@schindlerdefends.com

ATTORNEY FOR DEFENDANT JOSEPH DIBEE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JOSEPH DIBEE,<br>Defendant(s). | Case No. 6:06-cr-60011-MC-1<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AS SATISFYING RESTITUTION OBLIGATION** |

Having received and reviewed Defendant Dibee's Motion, the Court understands that the government and the Victim support the approval of the settlement agreement between defendant Dibee and the Victim as satisfying defendant Dibee's restitution obligation in the above-referenced case.

Therefore, for good cause shown, IT IS ORDERED, pursuant to 18 U.S.C. §§3363, 3663A, and 3664(h) that the executed Settlement Agreement between the Victim, and conditioned on the defendant's payment of $40,000

to the Victim, the defendant has satisfied and fully discharges the defendant's restitution obligation in this case.

Date this  15th  day of November, 2023.


  s/Michael J. McShane
Hon. Michael McShane
United States District Court Judge